*Robert Gilchrist* v. *Peter Van Wagenen and John I. Moore.*

*Augustine H. Lawrence* v. *Peter Van Wagenen.*

THIS was an application by the attorney of the plaintiffs, for liberty to file special bail in both suits, to enable him to surrender the defendant.

The circumstances, as disclosed on affidavit, were these : The defendant, *Van Wagenen,* had been ar-rested in both actions, one of which was for 4,000 dol-lars, and the other for 400 dollars, at a very late hour of the night, and was by the officer who took him, carried to the house of the plaintiff's attorney, who was then in bed. Being called up, the defendant re-quested him to take as bail one *John S. Moore,* who

Feb. Term, was at first refused.   But on the defendant's repre-
1804.
senting the distressed state his family would be in,
and the shock it would be to his credit, should he go
to jail, the attorney, on receiving his faithful assuran-
ces, that sufficient bail should be put in by nine
o'clock the next morning, agreed to accept *John S.
Moore*, as bail for that night, and the defendant was
accordingly suffered to go at large.   The defendant,
however, instead of putting in satisfactory bail, as he
had promised, went immediately on board a vessel
that he owned, which was bound for the *West-Indies*,
though he knew at the time that *Moore*, who has since
been declared a bankrupt, was then insolvent.  On this
the plaintiff's attorney filed common bail in each of
the suits, according to the provisions of the statute ;
but having been threatened by the plaintiffs with be-
ing called on for the amount of their debts,

*Boyd* made the application above mentioned, which,
not being opposed, was granted.